UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              Case No. 18-cr-28-pp

KIMBERLY BAGNESKI,

    Defendant.

---

**ORDER GRANTING MOTION TO EXTEND DEFENDANT'S SURRENDER DATE (DKT. NO. 45)**

---

The defendant has asked the court to extend the deadline for her to surrender to the Bureau of Prisons from July 29, 2019 to a date after August 23, 2019. Dkt. No. 45. The motion indicates that the government takes no position on the request. Id. at 2.

The court **GRANTS** the defendant's motion to extend the surrender date. Dkt. No. 45. The court **ORDERS** that the defendant shall surrender to begin serving her sentence on the date and time and at the location directed by her supervising agent, but no sooner than the end of the day on **Friday, August 30, 2019**.

Dated in Milwaukee, Wisconsin this 11th day of July, 2019.

                                                        **BY THE COURT:**

                                                       _____
                                                       **HON. PAMELA PEPPER**
                                                       **United States District Judge**